FILED

AUG 06 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Jimmy Anderlohr,

(Enter the full name of the plaintiff.)

v.

(1) Turn-Key Health,

(2) _____,

(3) _____.

(Enter the full name of each defendant. Attach additional sheets as necessary.)

PRW

CIV 21  776

Case No. _____
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.   You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.   You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.   You must send the original complaint and one copy to the Clerk of the District Court.

4.   You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5.   If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

   _X_ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

   _____

   _____

Rev. 10/20/2015

II.  **State whether you are a:**

\_\_\_ Convicted and sentenced state prisoner

\_\_\_ Convicted and sentenced federal prisoner

_X_ Pretrial detainee

\_\_\_ Immigration detainee

\_\_\_ Civilly committed detainee

\_\_\_ Other (please explain) _____

III.  **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

    a.  Parties to previous lawsuit:

    Plaintiff(s): _None_

    Defendant(s): _____

    b.  Court and docket number: _N/A_

    c.  Approximate date of filing: _N/A_

    d.  Issues raised: _N/A_

    e.  Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _N/A_

    f.  Approximate date of disposition: _N/A_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

# Section IV: Parties

Jimmy Anderlohr

*All Sued In Individual and Official Capacities

v.

A) Stephens County Jail
1) Javier Martinez (Jail Administrator)
101 S. 11th Street
Duncan, OK 73533

B) Turn-Key Health
1) Nurse Kasey-LNU
101 S. 11th Street
Duncan, OK 73533

IV. **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

   Name and any aliases: _Jimmy Brent Anderlohr_

   Address: _101 S. 11th st. Duncan, Ok. 73533_

   Inmate No.: _448596_

2. Defendant No. 1

   Name and official position: _See Attached_

   Place of employment and/or residence: _____

   How is this person sued? ( ) official capacity, ( ) individual capacity, ( ) both

3. Defendant No. 2

   Name and official position: _N/A_

   Place of employment and/or residence: _N/A_

   How is this person sued? ( ) official capacity, ( ) individual capacity, ( ) both

   If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

**V.    Cause of Action**

<u>Instructions</u>

1. *Provide a short and plain statement of each claim.*

   - Describe the facts that are the basis for your claim.

   - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.

   - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*

   - Describe the constitutional or statutory rights you believe the defendant(s) violated.

   - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*

   - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

   - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).

   - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*

   - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

Rev. 10/20/2015

Claim One: Deliberate Indifference
Defendants: Turn-Key Health, ~~Rory Rodriguez~~, Nurse Kasey-LNU, Javier Martinez,
Supporting Facts: On approx. 12MAY2021 I broke my right forefinger knuckle and digit. On approx 16MAY2021 I verbally reported this to Nurse Missy and we arranged to have my injury treated via sick call procedures. It took 7 days to be taken to the Nurse Office in which Nurse Kasey-LNU and a FNU-LNU (fellow Turn-Key worker) gave me Naproxen and ordered X-Rays. On approx 26MAY2021 my hand was X-Rayed. On 27MAY2021 Nurse Kasey-LNU told me my hand was broken and they would get me an outpatient appointment to fix. She passed me on to Nurse Missy. On approx 05JUN2021 Nurse Missy notified me I would have to pay $101.00 to Outpatient Clinic prior to any care. Between 05JUN2021 and 15JUL2021 I waited for the appointment while trying to get $101.00 from my family. After receiving this Civil Rights packet in the mail, the fee of $101.00 magically reduced to zero and on 23JUL2021 I was transported to the Clinic. The Doctor had me X-Rayed again and he said it was broken off the knuckle and splintered 3-times. He said it was "too far gone and arthritis was setting in" and he recomended letting it finish fusing and then working it out.

As a result of the deliberate indifference of Javier in ignoring my grievance, and Nurse Kasey-LNU failing to take appropriately timely medical action, I suffered for over 60 days with severe pain in my hand and the delay resulted in an imperfect healing with arthritis and deformity which will cause future impairment.

Relief Requested: Nurse Kasey-LNU: $150,000.00 Javier Martinez: $500,000.00; Turn-Key Health: $1 million.

Additional Note: Stephens County Jail Staff and Turn-Key Health have a custom of helping inmates they like and ignoring the suffering of inmates they don't like. They don't like me. They only acted when I wrote U.S. Court.

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

### Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1)  List the right that you believe was violated:

    

    See Attached

    (2)  List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    

    N/A

Rev. 10/20/2015

(3)  List the supporting facts:

_____
_____ NA _____
_____

(4)  Relief requested: (State briefly exactly what you want the court to do for you.)

_____
_____ NA _____
_____

2.  **Claim II:**

(1)  List the right that you believe was violated:

_____
_____ NA _____
_____

(2)  List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

_____
_____ NA _____
_____

Rev. 10/20/2015

(3) List the supporting facts:

N/A

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

N/A

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Jimmy Anderson_  
Plaintiff's signature

_4th Aug, 2021_  
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _4th_ day of _August_, 20_21_.

_Jimmy A_  
Plaintiff's signature

_8-4-21_  
Date

Rev. 10/20/2015